CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>EMMITT ADAMS,<br><br>      Defendant. | NO. 26-CR-00132-AMO<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM JULY 13, 2026, THROUGH AUGUST 31, 2026<br><br>Hearing Date: August 31, 2026<br>Hearing Time: 2:00 pm<br>Hon. Araceli Martínez-Olguín |

At the status conference held on July 13, 2026, the government stated that all discovery had been produced. The defendant indicated his intent to enter an open plea, but in preparation for that, his attorney needed additional time to review discovery as well as reach a conclusion on her client's criminal history category. To that end, the defense will need time to adequately inform her client of the consequences of entering an open plea.

The parties stipulate and agree excluding time from July 13, 2026, through August 31, 2026, will allow defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice served by continuing the hearing

STIPULATION TO EXCLUDE TIME
Case No. 26-CR-000132-AMO                                                 v. 7/10/2018

and excluding time from July 13, 2026, through August 31, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

Respectfully,

DATED:  July 14, 2026                          _____/s/_____
                                               ZACHARY M. GLIMCHER
                                               Special Assistant United States Attorney

DATED:  July 14, 2026                          _____/s/_____
                                               ANGELA HANSEN
                                               Counsel for Defendant Emitt Adams

STIPULATION TO EXCLUDE TIME
Case No. 26-CR-000132-AMO                                              v. 7/10/2018

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties for good cause shown, the Court finds that failing to continue the hearing and exclude the time from July 13, 2026, through August 31, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time July 13, 2026, through August 31, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 13, 2026, through August 31, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. ARACELI MARTINEZ-OLGUIN
United States District Judge